IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 14, 2009

Charles R. Fulbruge III
Clerk

No. 08-30348

RENT-A-CENTER INC

Plaintiff-Appellant

v.

DANIELLE BARKER

Defendant-Appellee

Appeal from the United States District Court
Western District of Louisiana

Before JOLLY, DAVIS, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

We VACATE the judgment of the district court and REMAND for reconsideration in light of the Supreme Court's decision in Hall Street Associates, L.L.C. v. Mattel, Inc., 128 S.Ct. 1396 (2008).

VACATED AND REMANDED

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.